UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON FRANCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAR WASH PARTNERS, INC. D/B/A MISTER CAR WASH,<br><br>Defendant. | Case No. 1:22-cv-00340-JLT-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 8) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant Car Wash Partners, Inc. to respond to Plaintiff's Class Action Complaint is HEREBY EXTENDED to and including May 16, 2022.

IT IS SO ORDERED.

Dated:   **April 12, 2022**            /s/ Barbara A. McAuliffe            _
                                                         UNITED STATES MAGISTRATE JUDGE

1